JONAH J. AKER, Appellant, v. J. J. FREDELLA CO., INC., Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HELEN WILSON BENDER, Respondent, v. HARRY H. BENDER, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

PETER KILMER, Respondent, Appellant, v. MOLLIE WHITE, Respondent, Appellant. · JOSEPH RUBIN and JENNIE RUBIN, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

LESLIE V. HAMMOND, as Administrator, etc., of ROSA MAE HAMMOND, Deceased, Appellant, v. LESLIE J. HAMMOND, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HELEN POTTER LEOTAUD, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ALBERT H. CLARK, Respondent, v. ALBERT E. ROSE and Another, Appellants.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

J. EARL HAY and Another, Doing Business under the Firm Name of HAY AND HOWLAND and ONEONTA AGENCY, INC., Respondents, v. CHRISTEN PEDERSEN and Another,· Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ARTHUR W. DALTON, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Appeal dismissed, on the ground that the reversal of the judgment and order in this same case■ makes the determination of this appeal unnecessary. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

EDWARD G. CARR, Respondent, v. JESSE F. PADDLEFORD, Appellant.— Motion denied, with ten dollars costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.; Hill, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERTEL MALSTROM, Appellant, v. HARRY M. KAISER, as Agent and Warden of Clinton Prison, Respondent. — Order unanimously affirmed, on the opinion of Crapser, J., at Special Term (135 Misc. 67). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

CHARLES NOBLE, Plaintiff, v. ECHO LAKE TAVERN, INC., Respondent. SAMUEL GARLEN and LENA BARISH GARLEN, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

FRED B. COLE, Appellant, v. UNITED STATES OF AMERICA, Respondent.†— Order unanimously affirmed, with ten dollars costs and disbursements, on the authority· of *United States of America* v. *Sumner* (216 App. Div. 782, affg. 125 Misc. 658). (See, also, *United States* v. *Myers*, 215 App. Div. 624, 626.) Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

† See, also, 228 App. Div. 869; 229 id. —.